# STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, __Hicham benyamane__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

[ ]    I am unemployed; or

[ ]    I am self-employed; or

[x]    My employer did not provide pay stubs.

[ ]    Other
_____
_____
_____

I, , hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☒    I am unemployed; or

☐    I am self-employed; or

☐    My employer did not provide pay stubs.

☐    Other
_____
_____
_____

Date _____    Signature _Hicham benyamane (Feb 13, 2022 12:25 EST)_____
                                                                    Debtor

Date _____    Signature _____
                                                                    Joint Debtor